IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA,                                    PLAINTIFF

VS.                                         CRIMINAL ACTION NO.4:99CR6LS

Jamie, Jr. Cameron,                                          DEFENDANT

ORDER ALLOWING REMISSION ON FINE

This cause came on for consideration on petition of the United States of America in accordance with the provisions of 18 U.S.C. 3573 (amended November 18, 1989) for remission of all of the unpaid portion of the fine imposed on January 27, 2000, in this cause; and the Court being advised, is of the opinion that the petition is well taken and all of the unpaid portion of the fine imposed on January 27, 2000, is hereby remitted.

SO ORDERED this the 5th day of February, 2008.

_____
TOM S. LEE
SENIOR, UNITED STATES DISTRICT JUDGE